# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1] | Case No. 17-12560 (BLS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, et al., | |
| Plaintiff, | |
| v. | |
| Sunwest Trust, Inc. as Custodian for Donald Balcom IRA, Donald Balcom, | Adv. Proc No. 19-50296 (BLS) |
| Cary Baskin, Mary Baskin, | Adv. Proc No. 19-50297 (BLS) |
| Sal Di Mercurio 2003 Irrevocable Trust Dated 09/09/03, Sal Di Mercurio, | Adv. Proc No. 19-50298 (BLS) |
| Thomas Furman, | Adv. Proc No. 19-50299 (BLS) |
| Andrew Kagan, | Adv. Proc No. 19-50300 (BLS) |
| Stefan Kolosenko, | Adv. Proc No. 19-50301 (BLS) |
| Paul & Colleen McIntyre Joint Tenants with Rights of Survivorship, | Adv. Proc No. 19-50302 (BLS) |
| Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Steven Mizel Roth IRA, Steven Mizel, | Adv. Proc No. 19-50303 (BLS) |
| Paula Rinkovsky, | Adv. Proc No. 19-50304 (BLS) |
| Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Richard J. Walters IRA, Richard J. Walters, | Adv. Proc No. 19-50305 (BLS) |
| Alexander S. Aduna, Emma R. Aduna, | Adv. Proc No. 19-50307 (BLS) |
| Sylvan R. Jutte, Jeannette E. Jutte, | Adv. Proc No. 19-50308 (BLS) |
| Brian D. Korkus, Robin L. Korkus, | Adv. Proc No. 19-50309 (BLS) |
| Russell Bullis, Betsy Bullis, | Adv. Proc No. 19-50310 (BLS) |
| Anne Manoogian, Edward Manoogian, | Adv. Proc No. 19-50311 (BLS) |
| Mary M. Noyes, Gale E. Noyes, | Adv. Proc No. 19-50312 (BLS) |

1

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

| Defendants | Adv. Proc. No. |
|---|---|
| Darrell Sandison, Mattie Sandison, | Adv. Proc No. 19-50313 (BLS) |
| Delton Christman, Jean Christman, | Adv. Proc No. 19-50314 (BLS) |
| Michael Skurich, Joyce Skurich, | Adv. Proc No. 19-50315 (BLS) |
| Donald Wanner, Ladonna Wanner, | Adv. Proc No. 19-50316 (BLS) |
| Floyd G Davis, Lavonne J. Davis, | Adv. Proc No. 19-50317 (BLS) |
| Michael R. Grube, Vicki L. Grube, | Adv. Proc No. 19-50318 (BLS) |
| George T. Iwahiro, Charlene M. Iwahiro, | Adv. Proc No. 19-50319 (BLS) |
| Thomas H. Haag, Joanne P. Haag, | Adv. Proc No. 19-50320 (BLS) |
| Kermit L. Jusczak, Nancy D. Jusczak, | Adv. Proc No. 19-50321 (BLS) |
| Toomas Heinmets, Pamela Heinmets, | Adv. Proc No. 19-50322 (BLS) |
| Warren Horning, Kathleen Horning, | Adv. Proc No. 19-50323 (BLS) |
| Rona Ader, | Adv. Proc No. 19-50324 (BLS) |
| Richard E. Attig, Stephanie L. Attig, | Adv. Proc No. 19-50325 (BLS) |
| Jolene Bishop, | Adv. Proc No. 19-50326 (BLS) |
| Jason Curtis, | Adv. Proc No. 19-50327 (BLS) |
| Janet V. Dues, | Adv. Proc No. 19-50328 (BLS) |
| Dena Falkenstein, | Adv. Proc No. 19-50329 (BLS) |
| Judy Karen Goodin, | Adv. Proc No. 19-50330 (BLS) |
| Dennis W. Hueth, | Adv. Proc No. 19-50331 (BLS) |
| Christian Lester, | Adv. Proc No. 19-50332 (BLS) |
| Denise Levesque, | Adv. Proc No. 19-50333 (BLS) |
| Joseph Lin, | Adv. Proc No. 19-50334 (BLS) |
| Jane Marshall, | Adv. Proc No. 19-50335 (BLS) |
| Blair Morris, | Adv. Proc No. 19-50336 (BLS) |
| Laurence J. Nakasone, | Adv. Proc No. 19-50337 (BLS) |
| Blaine Phillips, | Adv. Proc No. 19-50338 (BLS) |
| Joel Reinert, | Adv. Proc No. 19-50339 (BLS) |
| George Edward Sargent, | Adv. Proc No. 19-50340 (BLS) |
| Jeff Schuster, | Adv. Proc No. 19-50341 (BLS) |
| Jennifer Tom, | Adv. Proc No. 19-50342 (BLS) |
| Anita Bedoya, Mark Bedoya, | Adv. Proc No. 19-50343 (BLS) |
| Anita Bedoya, Julian Duran, | Adv. Proc No. 19-50344 (BLS) |
| Robert Brueckner, | Adv. Proc No. 19-50345 (BLS) |
| Ronald Cole, | Adv. Proc No. 19-50346 (BLS) |
| Ronald Draper, | Adv. Proc No. 19-50347 (BLS) |
| Marjorie K. Forman, | Adv. Proc No. 19-50348 (BLS) |
| Monica Greene, | Adv. Proc No. 19-50349 (BLS) |
| Stephen B. Moore, | Adv. Proc No. 19-50350 (BLS) |
| Lawrence J. Paynter, | Adv. Proc No. 19-50351 (BLS) |
| Robert B. Reed, | Adv. Proc No. 19-50352 (BLS) |
| Nannette Tibbitts, | Adv. Proc No. 19-50353 (BLS) |
| Virginia H. Vatter, | Adv. Proc No. 19-50354 (BLS) |
| Zhaoxia Zeng. | Adv. Proc No. 19-50355 (BLS) |

Defendants.

## AMENDED AFFIDAVIT OF SERVICE

STATE OF OHIO           )
                        ) ss
COUNTY OF FRANKLIN      )

I, Andrea Speelman, being duly sworn, depose and state:

1.      I am a Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017.

2.      On November 21, 2019, at the direction of Pachulski Stang Ziehl & Jones LLP ("Pachulski Stang"), and Klee, Tuchin, Bogdanoff & Stern LLP ("Klee Tuchin"), counsel to the Woodbridge Liquidation Trust, I caused a true and correct copy of the **Notice of Agenda of Matters Scheduled for November 25, 2019 at 10:30 a.m. (Prevailing Eastern Time) ("Notice of Agenda")** [Docket No. 4085] to be served by facsimile on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with facsimile numbers), by overnight mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties without facsimile numbers), and by e-mail on the parties identified on Exhibit C annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses).[3]

3.      On November 21, 2019, also at the direction of Pachulski Stang and Klee Tuchin, I caused a true and correct copy of the **Notice of Agenda** to be served by facsimile on the parties identified on Exhibit D annexed hereto (Affected Parties with facsimile numbers), by overnight mail on the parties identified on Exhibit E annexed hereto (Affected Parties with failed or without facsimile numbers), and by e-mail on the parties identified on Exhibit F annexed hereto (Affected Parties with e-mail addresses).

4.      On November 22, 2019, also at the direction of Pachulski Stang and Klee Tuchin, I caused a true and correct copy of the **Amended Notice of Agenda of Matters Scheduled for November 25, 2019 at 10:30 a.m. (Prevailing Eastern Time) ("Amended Notice of Agenda")** [Document

---

[2]     Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

[3]     These parties include a Notice of Appearance Party who has consented to email service only pursuant to Del. Bankr. L.R. 2002-1(d) and 5005-4.

No. 4093] to be served by facsimile on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with facsimile numbers), by overnight mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties without facsimile numbers), and by e-mail on the parties identified on Exhibit C annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses).

5.      On November 22, 2019, also at the direction of Pachulski Stang and Klee Tuchin, I caused a true and correct copy of the **Amended Notice of Agenda** to be served by facsimile on the parties identified on Exhibit D annexed hereto (Affected Parties with facsimile numbers), by overnight mail on the parties identified on Exhibit E annexed hereto (Affected Parties with failed or without facsimile numbers), and by e-mail on the parties identified on Exhibit F annexed hereto (Affected Parties with e-mail addresses).

/s/ Andrea Speelman
Andrea Speelman

Sworn to before me this 18th day of December, 2019

/s/ Kelli L. Richards
Kelli L. Richards
Notary Public, State of Ohio
Commission Expires: March 20, 2022

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | ATTN JANET Z. CHARLTON | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | 8554251980 |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MICHAEL K PAK ESQ | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | 8554251980 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | 3102010760 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | 3026524400 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | 3026524400 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 | 3026524400 |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| AKERMAN LLP | ATTN: MICHAEL I GOLDBERG, ESQ | 350 EAST LAS OLAS BLVD, STE 1600 | | | FORT LAUDERDALE | FL | 33301 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN JONATHAN M. WEISS | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN DAVID A. FIDLER | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN MICHAEL L. TUCHIN | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3, ATTN TIMOTHY J FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | | WILMINGTON | DE | 19801 |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| AKERMAN LLP | ATTN: MICHAEL I GOLDBERG, ESQ | 350 EAST LAS OLAS BLVD, STE 1600 | | | FORT LAUDERDALE | FL | 33301 | Michael.goldberg@akerman.com |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN JONATHAN M. WEISS | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN DAVID A. FIDLER | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN MICHAEL L. TUCHIN | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | mtuchin@ktbslaw.com |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC | ATTN MICHAEL J RYAN, ESQ | 636 US HIGHWAY 1 STE 110 | | | NORTH PALM BEACH | FL | 33408 | mikeryan32645@yahoo.com |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |

# EXHIBIT D

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|---|
| DLA PIPER LLP | ATTN RYAN D. O'QUINN | 200 SOUTH BISCAYNE BOULEVARD | SOUTH 2500 | | MIAMI | FL | 33131 | 3054378131 |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN CHARLES J BROWN III, ESQ | 1201 N ORANGE ST STE 300 | | | WILMINGTON | DE | 19801 | 3024255814 |
| THE LAW OFFICE OF JAMES TOBIA, LLC | ATTN JAMES TOBIA | 1716 WAWASET ST | | | WILMINGTON | DE | 19806 | 3026568053 |

# **EXHIBIT E**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| STEVEN MIZEL ROTH IRA | 209 MANGO VIEW DR | PROV. TR GP-FBO | | | ENCINITAS | CA | 92024 |
| ANDREW KAGAN | PO BOX 1330 | | | | FAIR OAKS | CA | 95628 |
| ANNE & EDWARD MANOOGIAN | | 106 WEST CORAL FISH LN | | | JUPITER | FL | 33477 |
| ASCENSUS LLC | ATTN ROBERT GUILLOCHEAU CEO | 4135 N FRONT ST | | | HARRISBURG | PA | 17110 |
| BLAIR MORRIS | | 574 N 400 E | | | CENTERVILLE | UT | 84014 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN MARY F. CALOWAY, ESQ. | 919 N MARKET ST. SUITE 1500 | | | WILMINGTON | DE | 19801 |
| CARY & MARY BASKIN | PO BOX 329 | | | | LIVINGSTON | TX | 77351 |
| DONALD & LADONNA WANNER | | 2527 YELLOWSTONE AVE | | | BILLINGS | MT | 59102 |
| HANSONBRIDGETT LLP | ATTN NEAL L. WOLF, ESQ. | 425 MARKET STREET, 26TH FLOOR | | | SAN FRANCISO | CA | 94105 |
| JERI SHAPIRO | | 4606 WILLIS AVE, APT 311 | | | SHERMAN OAKES | CA | 91403 |
| JOEL REINERT | | 2278 180TH AVE | | | MANCHESTER | IA | 52057 |
| JOLENE BISHOP | | 6200 QUARTZ DR | | | EL DORADO | CA | 95623 |
| JOSEPH LIN | PO BOX 2328 | | | | HEALDSBURG | CA | 95448 |
| KERMIT L & NANCY D JUSCZAK | | 7615 BLAISDEL AVE S | | | RICHFIELD | MN | 55423 |
| LAW OFFICE OF CURTIS A HEHN | ATTN CURTIS A HEHN | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 |
| LAW OFFICE OF MARK S. ROHER | ATTN MARK S. ROHER, ESQ. | 5701 NW 88TH AVE, SUITE 301 | | | TAMARAC | FL | 33321 |
| MICHAEL & JOYCE SKURICH | | 5383 MESA DR | | | CASTLE ROCK | CO | 80108 |
| O'KELLY ENRST & JOYCE LLC | ATTN MICHAEL J. JOYCE, ESQ. | 901 N MARKET ST., SUITE 1000 | | | WILMINGTON | DE | 19801 |
| PAUL & COLLEEN MCINTYRE JWROS | | 138 HUNT HILL RD | | | RINDGE | NH | 03641 |
| PAULA RINKOVSKY | | 4240 FULTON AVE UNIT 201 | | | STUDIO CITY | CA | 91604-1803 |
| PROV. TR GP-FBO STEVE MIZEL IRA | 209 MANGO VIEW DR | | | | ENCINITAS | CA | 92024 |
| RICHARD J WALTERS | | 700 COFFEE CIR | | | POTTSBORO | TX | 75076 |
| ROBERT B. REED | | 938 STONECREST DR | | | MARYVILLE | TN | 37804 |
| ROBERT BRUECKNER | | 303 GARDENS APT 103 | | | POMPANO BEACH | FL | 33069 |
| RONA ADER | | 4896 ALFRESCO ST | | | BOCA RATON | FL | 33428-4004 |
| RUSSELL & BETSY BULLIS | | 748 WHITE PINE TREE RD # 101 | | | VENICE | FL | 34285 |
| SACKMANN LAW OFFICE | ATTN STEVEN H. SACKMANN | 455 E HEMLOCK ST | | | OTHELLA | WA | 99344 |
| SAL DI MERCURIO | | 18469 W RIVERVIEW DR | | | POST FALLS | ID | 83854 |
| SAL DI MERCURIO | 247 BAILEY RD, A59 | | | | PIITSBURG | CA | 94565 |
| SAL DI MERCURIO | | 247 BAILEY RD, A59 | | | PITTSBURG | CA | 94565 |
| SUNWEST TRUST | DONALD BALCOM IRA | PO BOX 36371 | | | ALBUQUERQUE | NM | 87176 |
| SUNWEST TRUST | AS CUSTODIAN FOR DONALD BALCOM IRA | 4148 E ORANGEBURG AVE | | | MODESTO | CA | 95355 |
| SUNWEST TRUST INC | ATTN TERRY WHITE R/A | 10600 MENAUL BLVD NE | | | ALBUQUERQUE | NM | 87112 |
| THE SARACHEK LAW FIRM | ATTN JONATHAN H. MILLER, ESQ | 101 PARK AVE, SUITE 2700 | | | NEW YORK | NY | 10178 |
| THOMAS H & JOANNE P HAAG | | 18969 CARMELO DR N | | | CLINTON TOWNSHIP | MI | 48038 |
| VIRGINIA H VATTER | | 724 YAGER LN | | | THE VILLAGES | FL | 32163 |

Page 1 of 2

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| WARDROP & WARDROP, PC | ATTN ROBERT F. WARDROP II | 300 OTTAWA AVE, SUITE 150 | | | GRAND RAPIDS | MI | 49503 |
| WARREN & KATHLEEN HORNING | | 14095 BASELINE RD W | | | QUINCY | WA | 98848 |
| WERB & SULLIVAN | ATTN BRIAN A. SULLIVAN, ESQ. | 1225 KING STREET | | | WILMINGTON | DE | 19801 |
| ZHAOXIA ZENG | | 12674 CARMEL COUNTRY RD | | | SAN DIEGO | CA | 92130 |

# EXHIBIT F

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| BUCHANAN INGERSOLL & ROONEY PC | ATTN MARY F. CALOWAY, ESQ. | 919 N MARKET ST. SUITE 1500 | | | WILMINGTON | DE | 19801 | mary.caloway@bipc.com |
| DLA PIPER LLP | ATTN RYAN D. O'QUINN | 200 SOUTH BISCAYNE BOULEVARD | SOUTH 2500 | | MIAMI | FL | 33131 | ryan.oquinn@dlapiper.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN CHARLES J BROWN III, ESQ | 1201 N ORANGE ST STE 300 | | | WILMINGTON | DE | 19801 | cbrown@gsbblaw.com |
| HANSONBRIDGETT LLP | ATTN NEAL L. WOLF, ESQ. | 425 MARKET STREET, 26TH FLOOR | | | SAN FRANCISO | CA | 94105 | Nwolf@hansonbridgett.com |
| KEN SCHNEIDER, ESQ | (COUNSEL TO DEFS WARREN HORNING, KATHLEEN HORNING) | | | | | | | Ken@kenschneider.com |
| LAW OFFICE OF CURTIS A HEHN | ATTN CURTIS A HEHN | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 | curtishehn@comcast.net |
| LAW OFFICE OF MARK S. ROHER | ATTN MARK S. ROHER, ESQ. | 5701 NW 88TH AVE, SUITE 301 | | | TAMARAC | FL | 33321 | mroher@markroherlaw.com |
| MICHAEL & JOYCE SKURICH | 5383 MESA DR | | | | CASTLE ROCK | CO | 80108 | joyceskurich@icloud.com |
| O'KELLY ENRST & JOYCE LLC | ATTN MICHAEL J. JOYCE, ESQ. | 901 N MARKET ST., SUITE 1000 | | | WILMINGTON | DE | 19801 | mjoyce@oelegal.com |
| PAULA RINKOVSKY | 4240 FULTON AVE UNIT 201 | | | | STUDIO CITY | CA | 91604-1803 | pr1000@sbcglobal.net |
| PROV. TR GP-FBO STEVEN MIZEL ROTH IRA | 209 MANGO VIEW DR | | | | ENCINITAS | CA | 92024 | STEVEMIZEL9@GMAIL.COM |
| SACKMANN LAW OFFICE | ATTN STEVEN H. SACKMANN | 455 E HEMLOCK ST | | | OTHELLA | WA | 99344 | Steve@sackmannlaw.com |
| THE LAW OFFICE OF JAMES TOBIA, LLC | ATTN JAMES TOBIA | 1716 WAWASET ST | | | WILMINGTON | DE | 19806 | jtobia@tobialaw.com |
| THE SARACHEK LAW FIRM | ATTN JONATHAN H. MILLER, ESQ | 101 PARK AVE, SUITE 2700 | | | NEW YORK | NY | 10178 | jon@sarocheklawfirm.com |
| WARDROP & WARDROP, PC | ATTN ROBERT F. WARDROP II | 300 OTTAWA AVE, SUITE 150 | | | GRAND RAPIDS | MI | 49503 | Robb@wardroplaw.com |
| WERB & SULLIVAN | ATTN BRIAN A. SULLIVAN, ESQ. | 1225 KING STREET | | | WILMINGTON | DE | 19801 | bsullivan@werbsullivan.com |